# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0505
Lower Tribunal No. CF20-007669-XX

_____

JERRY ANGLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Jerry Anglin, Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED